

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2021

No. 04-21-00222-CV

**IN RE** Joe Anthony **ESPINOZA**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus and motion for temporary relief are DENIED.

It is so **ORDERED** on June 23, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2021.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 1915C pending in the County Court at Law, Kerr County, Texas, the Honorable Susan Harris presiding.